| | |
|---|---|
| 1 | XAVIER BECERRA, State Bar No. 118517<br>Attorney General of California |
| 2 | PETER D. HALLORAN, State Bar No. 184025<br>Supervising Deputy Attorney General |
| 3 | AMY LINDSEY-DOYLE, State Bar No. 242205<br>Deputy Attorney General |
| 4 | LAUREN E. SIBLE, State Bar No. 273641<br>Deputy Attorney General |
| 5 | 1300 I Street, Suite 125<br>P.O. Box 944255 |
| 6 | Sacramento, CA 94244-2550<br>Telephone: (916) 210-6113 |
| 7 | Fax: (916) 324-5567<br>E-mail: Lauren.Sible@doj.ca.gov |
| 8 | *Attorneys for Defendants* |
| 9 | J. EDWARD BROOKS, State Bar No. 247767<br>ELIEZER M. COHEN, State Bar No. 302248 |
| 10 | GAVRILOV & BROOKS<br>2315 Capitol Avenue |
| 11 | Sacramento, CA 95816<br>Telephone: (916) 504-0529 |
| 12 | Fax: (916) 473-5870<br>E-mail: ebrooks@gavrilovlaw.com |
| 13 | *Attorneys for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GREGORY SIMMONS,**<br><br>Plaintiff,<br><br>v.<br><br>**STATE OF CALIFORNIA DEPARTMENT OF GENERAL SERVICES, and FRED KLASS, an individual, and DOES 1-10,**<br><br>Defendants. | 2:16-CV-02959-JAM-DB<br><br>**STIPULATION AND ORDER TO MODIFY STATUS (PRE-TRIAL SCHEDULING) ORDER**<br><br>Judge: The Honorable John A. Mendez<br>Trial Date: March 18, 2019<br>Action Filed: December 19, 2016 |

Plaintiff Gregory Simmons ("Plaintiff") and Defendants California Department of General Services and Fred Klass (collectively "Defendants"), by and through their respective undersigned counsel, hereby agree and stipulate as follows:

In light of the parties' agreement to participate in a settlement conference on July 19, 2018, the parties have agreed to a short continuance of the trial and all pre-trial dates set in the Status (Pre-trial Scheduling) Order by approximately four (4) months.

This Court issued a Status (Pre-trial Scheduling) Order on May 12, 2017. To date, the parties have exchanged initial disclosures per Rule 26(a) and commenced written discovery in this matter. Counsel for the parties met and conferred to coordinate Plaintiff's deposition for May 23, 2018. In early April 2018, the parties agreed to participate in a settlement conference to attempt a resolution of this matter. The parties sought and received the first available date for a settlement conference, scheduled for June 5, 2018, with Magistrate Judge Carolyn K. Delaney. Plaintiff's counsel subsequently had a trial reset in another matter that conflicts with the settlement conference date, and the parties agreed to and requested a new date for the settlement conference. Due to the unavailability of the previously assigned Magistrate Judge Delaney, the settlement conference was continued to July 19, 2018 with Magistrate Judge Edmund F. Brennan.

Per the Status (Pre-trial Scheduling) Order issued on May 12, 2017, discovery currently closes on September 14, 2018. The parties are proceeding in good faith to resolve this matter at the settlement conference, and seek to resolve the matter without engaging in and incurring additional litigation expenses, including discovery, prior to the conference and without further need for the Court's intervention. However, should the parties be unable to reach a resolution at the settlement conference, the parties anticipate the need for a short continuance to allow for additional time to complete necessary discovery and trial preparation in an orderly manner, including but not limited to: Plaintiff's deposition (tentatively scheduled for the week of August 6, 2018), depositions of key witnesses, additional written discovery, and designation of expert and rebuttal witnesses. As such, the parties have agreed to a short continuance of the trial and all pre-trial dates and deadlines in the Court's scheduling order, subject to the Court's approval, in an effort to avoid further fees and costs and conserve judicial time and resources.

| | |
|---|---|
| 1 | This is the parties' first request to modify the May 12, 2017 Status (Pre-trial Scheduling) |
| 2 | Order. The parties have been complying with the current dates and deadlines set forth in the |
| 3 | Scheduling Order. To date, none of the cut-off dates have passed. As set forth herein, good |
| 4 | cause exists for a short continuance of the trial and all pre-trial dates and deadlines. |
| 5 | **IT IS STIPULATED AND AGREED**, by and between the undersigned and attorneys for |
| 6 | the parties herein: |
| 7 | The Court is requested to adopt a new scheduling order continuing the trial and all pre-trial |
| 8 | dates by approximately four (4) months as follows: |
| 9 | Disclose experts and produce reports on or before October 31, 2018; |
| 10 | Disclose rebuttal expert and reports on or before November 30, 2018; |
| 11 | All other discovery to be completed by January 18, 2019; |
| 12 | Dispositive motions shall by filed by March 1, 2019, or thereafter; |
| 13 | Dispositive motions shall be heard by April 30, 2019, or thereafter; |
| 14 | Final pre-trial conference set for June 7, 2019, or thereafter, and |
| 15 | Jury trial set for July 22, 2019, or thereafter. |

Dated: April 30, 2018

Respectfully submitted,

/s/   J. Edward Brooks

J. EDWARD BROOKS
GAVRILOV & BROOKS
*Attorney for Plaintiff Gregory Simmons*

Dated: April 30, 2018

XAVIER BECERRA
Attorney General of California
PETER D. HALLORAN, Supervising Deputy
Attorney General

/s/   Lauren E. Sible

LAUREN E. SIBLE
Deputy Attorney General
*Attorneys for Defendants*

SA2016104981 13068196.docx

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| 2 | FOR THE EASTERN DISTRICT OF CALIFORNIA |

**GREGORY SIMMONS,**

　　　　　　　　　　　Plaintiff,

v.

**STATE OF CALIFORNIA DEPARTMENT OF GENERAL SERVICES, and FRED KLASS, an individual, and DOES 1-10,**

　　　　　　　　　　　Defendants.

2:16-CV-02959-JAM-DB

**[PROPOSED] ORDER**

Judge: The Honorable John A. Mendez
Trial Date: March 18, 2019
Action Filed: December 19, 2016

The Court, having considered the parties' stipulation seeking to extend the Status (Pre-trial Scheduling) issued May 12, 2017, approves the following schedule changes as follows:

Disclose experts and produce reports on or before October 31, 2018;

Disclose rebuttal expert and reports on or before November 30, 2018;

All other discovery to be completed by January 18, 2019;

Dispositive motions shall by filed by April 9, 2019;

Hearing on dispositive motions shall be May 7, 2019 at 1:30 p.m.;

A final pre-trial conference is set for June 14, 2019 at 11:00 a.m.; and

Jury trial is set for July 22, 2019 at 9:00 a.m.

**IT IS SO ORDERED:**

DATED: 5/1/2018　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　United States District Court Judge