J. Edward Brooks, SBN 247767
Eliezer M. Cohen, SBN 302248
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone:   (916) 504-0529
Facsimile:   (916) 473-5870
Email:       EBrooks@GavrilovLaw.com

Attorneys for Plaintiff
Gregory Simmons

Xavier Becerra SBN 118517
Peter D. Halloran SBN 184025
Lauren E. Sible SBN 273641
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, California 94244
Telephone:   (916) 210-6113
Facsimile:   (916) 324-5567
Email:       Lauren.Sible@doj.ca.gov

Attorneys for Defendants
California Department of General Services,
and Fred Klass

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| GREGORY SIMMONS,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF GENERAL SERVICES, and FRED KLASS, an individual; and Does 1 through 10,<br><br>  Defendants. | Case No.  2:16-cv-02959-JAM-DB<br><br>**STIPULATION TO MODIFY DATE FOR SETTLEMENT CONFERENCE, TRIAL, AND RELATED TRIAL DATES**<br><br>Judge:            The Honorable John A. Mendez<br>Complaint Filed: December 19, 2016<br>Trial Date:       July 22, 2019 |

1 | Plaintiff Gregory Simmons ("Plaintiff") and Defendants California Department of
2 | General Services and Fred Klass (collectively "Defendants"), by and through their respective
3 | undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, Plaintiff's counsel, Mr. J. Edward Brooks, was admitted to the hospital on July 9, 2018 for an emergency medical condition and will be unavailable due to his health for the extended future, including beyond the date currently scheduled for the Settlement Conference, July 19, 2018;

WHEREAS, due to the unavailability of Plaintiff's counsel, Plaintiff is unable to attend the Settlement Conference scheduled for July 19, 2018;

WHEREAS, Plaintiff's counsel has been informed by the Court that the next available magistrate who is able to conduct the Settlement Conference is unavailable until November 8, 2018;

WHEREAS, the Parties have met and conferred regarding these issues, and due to the unavailability of Plaintiff's counsel, the Parties desire to move the Settlement Conference to November 8, 2018;

WHEREAS, the Parties intended to wait to complete discovery until after the Settlement Conference. Based upon the next available Settlement Conference date, the Parties additionally desire to continue the trial date and all related trial dates by approximately four (4) months, so that the Parties can conduct the Settlement Conference and allow time for discovery to be completed afterwards if the Parties are unable to resolve the matter at the Settlement Conference;

WHEREAS, the Parties have agreed, and therefore propose, continuing the Settlement Conference from July 19, 2018 to November 8, 2018. The parties agree to modify the date of the Settlement Conference and all related trial dates by approximately four (4) months.

**IT IS STIPULATED AND AGREED**, by and between the undersigned and attorneys for the Parties herein, to modify the Scheduling Order in the following ways and ask that the Court approve this modification:

Settlement Conference on November 8, 2018;

Disclose experts and produce reports on or before March 1, 2019;

Disclose rebuttal expert and reports on or before April 5, 2019;

All other discovery to be completed by June 14, 2019;

Dispositive motions shall be filed by August 2, 2019, or thereafter;

Dispositive motions shall be heard by September 6, 2019, or thereafter;

Final pre-trial conference set for October 11, 2019, or thereafter, and

Jury trial set for November 12, 2019, or thereafter.

Dated: July 11, 2018

Respectfully submitted,

By   */s/ Eliezer M. Cohen*
    J. Edward Brooks
    Eliezer Cohen
    GAVRILOV & BROOKS
    Attorneys for Plaintiff

Dated: July 13, 2018

By   */s/ Lauren E. Sible*
    Xavier Becerra
    Peter D. Halloran
    Lauren E. Sible
    Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF GENERAL SERVICES, and FRED KLASS, an individual; and Does 1 through 10,<br><br>    Defendants. | Case No. 2:16-cv-02959-JAM-DB<br><br>**ORDER (AS MODIFIED BY THE COURT)**<br><br>Judge:     The Honorable John A. Mendez<br>Complaint Filed: December 19, 2016<br>Trial Date:     July 22, 2019 |

The Court, having considered the parties' stipulation seeking to modify the dates for Settlement Conference and related trial dates issued in the Order to Modify Status (Pre-Trial Scheduling) Order issued May 1, 2018, approves the following schedule changes as follows:

Settlement Conference on November 8, 2018 at 10:00 a.m. before Chief Magistrate Judge Edmund F. Brennan;

Disclose experts and produce reports on or before March 1, 2019;

Disclose rebuttal expert and reports on or before April 5, 2019;

All other discovery to be completed by June 14, 2019;

Dispositive motions shall be filed by August 13, 2019;

Dispositive motions shall be heard by September 10, 2019 at 1:30 p.m.;

Joint pretrial statement due October 4, 2018.

Final pre-trial conference set for October 11, 2019 at 11:00 a.m.;

Jury trial set for November 18, 2019 at 9:00 a.m.

STIPULATION TO MODIFY DATE FOR SETTLEMENT
CONFERENCE, TRIAL, AND RELATED TRIAL DATES     Case No. 2:16-cv-02959-JAM-DB

**IT IS SO ORDERED**:

DATED: 07/17/2018　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　Honorable John A. Mendez
　　　　　　　　　　　　　　　　　United States District Court Judge