1 J. EDWARD BROOKS, State Bar No. 247767
ELIEZER M. COHEN, State Bar No. 302248
2 GAVRILOV & BROOKS
2315 Capitol Avenue
3 Sacramento, CA 95816
Telephone:     (916) 504-0529
4 Facsimile:      (916) 473-5870
Email:           ebrooks@gavrilovlaw.com
5
Attorneys for Plaintiff
6 GREGORY SIMMONS

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10

GAVRILOV & BROOKS
2315 CAPITOL AVENUE
SACRAMENTO, CA 95816

| | |
|---|---|
| 11   GREGORY SIMMONS, | Case No. 2:16-cv-02959-JAM-DB |
| 12             Plaintiff, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| 13       v. | |
| 14   STATE OF CALIFORNIA DEPARTMENT OF GENERAL | |
| 15   SERVICES, and FRED KLASS, an individual, and DOES 1 -10, | |
| 16 | |
| 17             Defendant. | |

18     GREGORY SIMMONS ("Plaintiff") and STATE OF CALIFORNIA, DEPARTMENT OF

19 GENERAL SERVICES and FRED KLASS ("Defendants") (collectively, "the Parties"), by and

20 through the undersigned counsel, hereby stipulate and agree as follows:

21     WHEREAS, on January 29, 2019, the parties participated in a Further Settlement Conference

22 before Magistrate Judge Edmund F. Brenna;

23     WHEREAS, on January 29, 2019, the case settled and the Court set the due date for the Parties

24 stipulation for dismissal for April 1, 2019 (Dkt. No. 22);

25     WHEREAS, Plaintiff needs until July 1, 2019, to comply with the terms of the settlement

26 agreement;

27     The Parties therefore stipulate and agree, through their respective counsel, that dispositional

28 documents shall be filed no later than July 31, 2019.

1.

Dated: February 21, 2019                    GAVRILOV & BROOKS


/s/ J. Edward Brooks
J. Edward Brooks
Attorneys for Plaintiff
GREGORY SIMMONS


Dated: February 21, 2019                    Xavier Becerra
Attorney General of California


/s/ Amy B. Lindsey-Doyle
Amy B. Lindsey-Doyle
Deputy Attorney General
Attorneys for Defendants
DEPARTMENT OF GENERAL SERVICES nd
FRED KLASS

## [PROPOSED] ORDER

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

The Parties dispositional documents are to be filed no later than July 31, 2019.

Dated: February 26, 2019.

HON. EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE
STIPULATION FOR DISMISSAL**