J. EDWARD BROOKS, State Bar No. 247767
ELIEZER M. COHEN, State Bar No. 302248
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone: (916) 504-0529
Facsimile: (916) 473-5870
Email: ebrooks@gavrilovlaw.com

Attorneys for Plaintiff
GREGORY SIMMONS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY SIMMONS,<br><br>  Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF GENERAL SERVICES, and FRED KLASS, an individual, and DOES 1 -10,<br><br>  Defendant. | Case No. 2:16-cv-02959-JAM-DB<br><br>**JOINT STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

Plaintiff GREGORY SIMMONS and Defendants STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES and FRED KLASS, by and through their respective attorneys, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal of this action in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

IT IS SO STIPULATED AND AGREED:

1.

**STIPULATION AND ORDER FOR DISMISSAL**

Dated: July 15, 2019                               GAVRILOV & BROOKS

                                            /s/ J. Edward Brooks
                                            J. Edward Brooks
                                            Attorneys for Plaintiff
                                            GREGORY SIMMONS

Dated: July 15, 2019                               Xavier Becerra
                                         Attorney General of California

                                            /s/ Peter Halloran
                                            Peter Halloran
                                            Deputy Attorney General
                                            Attorneys for Defendants
                                            DEPARTMENT OF GENERAL SERVICES
                                            and FRED KLASS

## **ORDER**

Based upon the foregoing stipulation and otherwise finding good cause therefor,

IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and without an award of attorney's fees or costs to any party.

Dated:  7/16/2019                              /s/ John A. Mendez
                                            HON. JOHN A. MENDEZ
                                            U. S. DISTRICT COURT Judge

GAVRILOV & BROOKS
2315 CAPITOL AVENUE
SACRAMENTO, CA 95816

**STIPULATION AND ORDER FOR DISMISSAL**